# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, ) | 1:11cv01698 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PLAINTIFF TO EITHER SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. ) | |
| HSBC BANK, et al., ) | |
| Defendants. ) | |

    Plaintiff John Duran, proceeding pro se, filed this Fair Debt Collection Practices Act on October 11, 2011.  Plaintiff also submitted an application to proceed in forma pauperis.  The application, however, was not submitted on the standard form and therefore does not contain sufficient information to make a determination.

    Accordingly, within **thirty (30) days** of the date of this order, Plaintiff must either submit an application to proceed in forma pauperis on the standard form, OR pay the $350 filing fee. The Clerk is ordered to send Plaintiff the standard application to proceed in forma pauperis.

    <u>Failure to respond to this order will result in a recommendation that this action be dismissed.</u>

    IT IS SO ORDERED.

    Dated:   October 14, 2011                    /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE