# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DURAN, | ) | 1:11cv01698 AWI DLB |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATIONS REGARDING DENIAL OF APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| | ) | (Documents 2,4) |
| HSBC BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff John Duran ("Plaintiff"), proceeding pro se, filed this action on October 11, 2011. On October 18, 2011, Plaintiff submitted an application to proceed in forma pauperis.

Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees or give security therefor.

It has been held that "one need not be absolutely destitute to obtain benefits of the in forma pauperis statute." <u>Jefferson v. U.S.A.</u>, 277 F.2d 723, 724 (9th Cir.1960). Yet, a "showing of something more than mere hardship must be made." <u>Martin v. Gulf States Utilities Co.</u>, 221 F.Supp. 757, 759 (W.D.La.1963). And wherever upon the spectrum a complainant may fall, "it

1  is proper and indeed essential for the supporting affidavits to state the facts as to affiant's poverty
2  with some particularity, definiteness and certainty." Jefferson, 277 F.2d at 725.
3       In his application, Plaintiff states that he is employed at the California Substance Abuse
4  Treatment Center in Corcoran, California. According to his attached pay statement, he earns
5  approximately $45,000 gross income per year. Plaintiff owns a home and two cars and supports
6  only his spouse.
7       Accordingly, the Court finds that Plaintiff has not demonstrated that he is unable to pay
8  or guarantee costs without sacrificing the necessities of life.

## RECOMMENDATION

10       Accordingly, the Court HEREBY RECOMMENDS that Plaintiff's application be
11 DENIED and that Plaintiff be ORDERED to pay the $350.00 filing fee.
12       These Findings and Recommendations will be submitted to the Honorable Anthony W.
13 Ishii, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after
14 being served with these Findings and Recommendations, Plaintiff may file written objections
15 with the Court. The document should be captioned "Objections to Magistrate Judge's Findings
16 and Recommendations." Plaintiff is advised that failure to file objections within the specified
17 time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
18 (9th Cir. 1991).
19      IT IS SO ORDERED.
20   Dated:   **November 2, 2011**            /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE