# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DURAN, | ) | 1:11cv01698 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| Plaintiff, | ) | REQUEST TO DISMISS ACTION |
| | ) | |
| v. | ) | (Document 6) |
| | ) | |
| HSBC BANK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff John Duran, proceeding pro se, filed this Fair Debt Collection Practices Act on October 11, 2011. On November 3, 2011, the Court issued Findings and Recommendation that Plaintiff's Application to Proceed In Forma Pauperis be denied. It was further recommended that Plaintiff be ordered to pay the $350.00 filing fee.

On November 8, 2011, Plaintiff filed a request to withdraw his Complaint. As the Complaint has not yet been screened and no Defendants have been served, Plaintiff's request is GRANTED. Fed. R. Civ. Proc. 41(a)(1). Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   November 15, 2011                                 _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE